*JACQUELINE M. JAMES, ESQ.*

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601

T: (914) 358 6423
F: (914) 358 6424
jjames@JACQUELINEJAMESLAW.COM
jacquelinejameslaw.com

September 15, 2026

The Honorable Jennifer L. Rochon
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Plaintiff's request is GRANTED. Plaintiff shall effectuate service by November 14, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

Dated: September 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

***Re: 1:26-cv-05110-JLR; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Jennifer L. Rochon,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On June 17, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 108.36.188.237 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On July 1, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

On July 2, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about July 8, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expected to receive the ISP response on or about September 8, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than September 15, 2026.

Plaintiff received the ISP response on or about September 12, 2026 and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action.

Plaintiff respectfully requests that the deadline to effect service be extended for an additional sixty (60), and thus the deadline to effect service be extended to November 14, 2026. This extension should allow Plaintiff time to complete its further investigation, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint to name the Defendant and attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to November 14, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com